**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07946**

## ORDER

We **GRANT** appellant's March 27, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **APRIL 30, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE